JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE POLAROID CORPORATION "SPECIAL EVENTS PHOTOGRAPHIC PROMOTIONS" ANTITRUST LITIGATION

DOCKET NO. 304 -- ~~IN RE PICTURE SERVICE ANTITRUST LITIGATION~~

| Date | No. Code | |
|---|---|---|
| 4/15/77 | 1 | MOTION, BRIEF, CERT. OF SERVICE, SCHEDULE OF CASES, EXHIBITS A,B,C,D, &E OF DEFENDANT POLAROID CORP. for transfer of actions |
| | | SUGGESTED TRANSFEREE DISTRICT: E.D. PENNA. |
| 4/19/77 | | ORDER CHANGING TITLE OF LITIGATION TO: IN RE POLAROID CORPORATION "SPECIAL EVENTS PHOTOGRAPHIC PROMOTIONS" ANTITRUST LITIGATION Notified Counsel |
| 4/26/77 | | APPEARANCES -- DOROTHY SELLERS for FIRST FOTO, INC. ROBERT W. HALLOCK FOR POLAROID CORP. |
| 4/28/77 | 2 | MEMORANDUM OF "PHILADELPHIA PLAINTIFFS" w/cert. of service. |
| 4/29/77 | 3 | RESPONSE TO MOTION OF POLAROID CORP. FOR TRANSFER UNDER 28 U.S.C. §1407 and MEMORANDUM IN OPPOSITION -- Firs Foto, Inc. w/cert. of svc. |
| 5/6/77 | | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- POLAROID CORP. GRANTED TO MAY 13, 1977 |
| 5/10/77 | | APPEARANCE -- JUDAH I. LABOVITZ, ESQ. for Bedi Photographic Corp., Raymon Enterprises and Minit Photo Studios |
| | | STEVEN L. FRIEDMAN, ESQ. for Cherry Hill Photo Enterprises Inc., and Rich Studios |
| 5/13/77 | 4 | REPLY -- Polaroid Corporation w/cert. service |
| 6/1/77 | | HEARING ORDER -- Setting A-1 through A-6 -- for hearing -- June 24, 1977 , Washington, D.C. |
| 8/3/77 | | LETTER -- Counsel for Polaroid Corp. w/copy of dismissal order in action A-1 -- withdrawing motion |
| 8/3/77 | | ORDER -- DEEMING MOTION WITHDRAWN, Notified counsel, involved Clerks and judges |

JPML Form 1    MINUTE ORDER -- August 3, 1977

DOCKET NO. 304 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE POLAROID CORPORATION "SPECIAL EVENTS PHOTOGRAPHIC PROMOTIONS" ANTITRUST LITIGATION
~~IN RE PICTURE SERVICE ANTITRUST LITIGATION~~

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered _____    Consolidation Denied M/WITHDRAWN  8/3/77

Opinion and/or Order _____

Citation _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | First Foto, Inc. v. Polaroid Corp. | D.D.C. Bryant | 76-2131 | | | | |
| A-2 | Bedi Photographic Corp. v. Polaroid Corp. | E.D.Pa. Fullam | 76-1107 | | | | |
| A-3 | Cherry Hill Photo Enterprises, Inc. v. Polaroid Corp. | E.D. Pa. Fullam | 76-3130 | | | | |
| A-4 | Julius Raymond v. Polaroid Corp. | E.D. Pa. Fullam | 76-3522 | | | | |
| A-5 | Clarence Goldberg v. Polaroid Corp. | E.D. Pa. Fullam | 76-3523 | | | | |
| A-6 | Rich Studio Inc. v. Polaroid Corp. | E.D. Pa. Fullam | 76-3771 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 304 -- IN RE POLAROID CORPORATION "SPECIAL EVENTS PHOTOGRAPHIC PROMOTIONS" ANTITRUST LITIGATION

---

BEDI PHOTOGRAPHIC CORP. (A-2)
RAYMOND ENTERPRISES (JULIUS RAYMOND) (A-4)
MINIT PHOTO STUDIOS (CLARENCE GOLDBERG) (A-5)
Judah I. Labovitz, Esquire
Wolf, Block, Schorr and Solis-Cohen
Twelfth Floor Packard Building
Philadelphia, Pa.  19102

CHERRY HILL PHOTO ENTERPRISES, INC. (A-3)
RICH STUDIO, INC.  (A-6)
Steven L. Friedman, Esquire
Dilworth, Paxson, Kalish & Levy
2600 The Fidelity Building
Philadelphia, Pa.  19109

FIRST FOTO, INC. (A-1)
Dorothy Sellers, Esquire
Melrod, Redman & Gartlan
1801 K Street, N.W. #1100
Washington, D.C.  20006

POLAROID CORPORATION
Robert W. Hallock, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois