JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
AUG -3 1977
PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-304 -- IN RE POLAROID CORPORATION "SPECIAL EVENTS PHOTOGRAPHIC PROMOTIONS" ANTITRUST LITIGATION

ORDER DEEMING MOTION WITHDRAWN AS MOOT

It appearing that on July 27, 1977, an order was entered in the action filed in the District of the District of Columbia dismissing that action with prejudice,

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for transfer of the action filed in the District of the District of Columbia and listed on the attached Schedule A to the Eastern District of Pennsylvania be, and the same hereby is, DEEMED WITHDRAWN, at the request of movant, as moot.

FOR THE PANEL:

John Minor Wisdom
Chairman

DOCKET NO. 304 -- IN RE POLAROID CORPORATION "SPECIAL EVENTS PHOTOGRAPHIC PROMOTIONS" ANTITRUST LITIGATION

DISTRICT OF THE DISTRICT OF COLUMBIA

First Foto, Inc. v. Polaroid Corp.
C.A. No. 76-2131

EASTERN DISTRICT OF PENNSYLVANIA

Bedi Photographic Corp. v. Polaroid Corp.
C.A. No. 76-1107

Cherry Hill Photo Enterprises, Inc. v. Polaroid Corp., C.A. No. 76-3130

Julius Raymond v. Polaroid Corp.
C.A. No. 76-3522

Clarence Goldberg v. Polaroid Corp.
C.A. No. 76-3523

Rich Studio Inc. v. Polaroid Corp.
C.A. No. 76-3771